ANDREW S. MACKAY, #197074
amackay@donahue.com
DAWN NEWTON, #209002
dnewton@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520

Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiff
NESTLÉ DREYER'S ICE CREAM COMPANY

Michael N. Cohen (Cal. Bar No. 225348)
mcohen@cohenip.com
Galen W. Bean (Cal. Bar No. 320705)
gbean@cohenip.com
COHEN IP LAW GROUP, PC
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980

Attorneys for Defendant SAREEN INCORPORATED, dba MELODEE ICE CREAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTLÉ DREYER'S ICE CREAM COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAREEN INCORPORATED, dba MELODEE ICE CREAM, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 8:19-CV-02411-JLS-KES<br><br>**STIPULATION TO ORDER FOR PERMANENT INJUNCTION**<br><br>**Courtroom:** 10-A, 10th Floor<br>**Judge:** Josephine L. Staton |

The parties to this action, by and through their respective counsel or officers signing below, hereby agree to the following:

1. HDIP, Inc. is the owner of the following federally registered trademarks (the "**Häagen-Dazs Marks**"):

    a. HÄAGEN-DAZS, Registration No. 0,737,244, registered on the Principal Register of the United States Patent and Trademark Office ("**USPTO**") on September 4, 1962 in International Class 30 for "ice cream";

    b. HÄAGEN-DAZS, Registration No. 1,116,969, registered on the Principal Register of the USPTO on April 24, 1979 in International Class 42 for "restaurant services-namely, the preparation and serving of ice cream and other dairy products for on and off premises consumption";

    c. HÄAGEN-DAZS, Registration No. 1,360,895, registered on the Principal Register of the USPTO on September 17, 1985 in International Class 30 for "ice cream, sherbet, sorbet, ice cream 'cakes' (ice cream in the shape of a cake topped with a different flavor of ice cream as 'icing', contains no baked goods)";

    d. [Häagen-Dazs logo], Registration No. 1,696,350, registered on the Principal Register of the USPTO on June 23, 1992 in International Class 30 for "ice cream, frozen yogurt, sherbet, sorbet and ice cream 'cakes' (ice cream in the shape of a cake topped with a different flavor of ice cream as 'frosting, contains no baked goods)'" (the "**Häagen-Dazs Brand Logo**");

    e. HÄAGEN-DAZS, Registration No. 4,470,406, registered on the Principal Register of the USPTO on January 21, 2014 in International Class 30 for "gelato, frozen yogurt, ice cream bars"; and

///

///

f. HÄAGEN-DAZS, Registration No. 4,498,151, registered on the Principal Register of the USPTO on March 18, 2014 in International Class 30 for "ice cream".

2. Plaintiff Nestlé Dreyer's Ice Cream Company[1] ("**Plaintiff**"), who produces Häagen-Dazs ice cream in the U.S., is the exclusive U.S. licensee of the Häagen-Dazs Marks for frozen dessert products and holds the exclusive U.S. rights to manufacture and sell frozen dessert under the Häagen-Dazs Marks.

3. Plaintiff is also the exclusive U.S. licensee for frozen dessert products which Plaintiff produces under and in association with trademarks (the "**Other Brands Marks**"), including those associated with (a) Dreyer's brand products; (b) Edy's brand products; (c) Nestlé brand products; (d) Outshine brand products and (e) Skinny Cow brand products.

4. Defendant Sareen Incorporated, dba Mel-O-Dee Ice Cream ("**Defendant**") is a distributor of ice cream.

5. Defendant does not contest: (a) Plaintiff's status as exclusive U.S. licensee for frozen dessert products associated with the Häagen-Dazs Marks; (b) that the Häagen-Dazs Marks are famous; or (c) Plaintiff's status as exclusive U.S. licensee for frozen dessert products associated with the Other Brands Marks.

6. Plaintiff has filed a Complaint seeking a permanent injunction against Defendant.

///
///
///
///
///

---

[1] On February 1, 2020, plaintiff's corporate name was changed to "Dreyer's Grand Ice Cream, Inc."

7. The parties to this action, by and through their respective counsel or officers signing below, have agreed to the issuance of an Order for Permanent Injunction as outlined in the Proposed Order submitted concurrently with this Stipulation.

Dated: November 24, 2020    DONAHUE FITZGERALD LLP

By: _____
Andrew S. MacKay
Dawn Newton
Padmini Cheruvu
Attorneys for Plaintiff
NESTLE DREYER'S ICE CREAM COMPANY

Dated: November 24, 2020    COHEN IP LAW GROUP, P.C.

By: _____
Michael N. Cohen
Galen W. Bean
Attorneys for Defendant
SAREEN INCORPORATED